IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALFREADA NYONEE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 3:26-cv-3023-M-BW |
| | § | |
| LAUREN O'BRIEN, et al., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. ECF No. 9. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error, in accordance with 28 U.S.C. § 636(b)(1). Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and by separate judgment, the Court will **DISMISS WITHOUT PREJUDICE** this action for lack of subject matter jurisdiction.

**IT IS SO ORDERED** this 18th day of November, 2026.

Kasdin M. Mitchell

KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE